**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 21, 2023

Ms. Cari K. Dawson
Alston & Bird
1201 W. Peachtree Street, N.E.
Suite 4900
Atlanta, GA 30309

Mr. David M. Wilkerson
Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801-2929

Re:  Case No. 23-5578, *Gettys Millwood, et al v. State Farm Life Insurance Company*
Originating Case No. : 1:22-cv-01031

Dear Counsel,

  This appeal has been docketed as case number **23-5578** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 5, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

  Appellant:  Appearance of Counsel
  Civil Appeal Statement of Parties & Issues
  Disclosure of Corporate Affiliations
  Application for Admission to 6th Circuit Bar (if applicable)

                    Appearance of Counsel
Appellee:    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                    Sincerely yours,

                    s/Jennifer A. Strobel
                    Case Manager
                    Direct Dial No. 513-564-7019

cc:  Mr. Larry D. Lahman

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 23-5578

GETTYS BRYANT MILLWOOD, Personal Representative of the Estate of Melissa Buchanan

    Plaintiff

and

JOHN BAKER MCCLANAHAN, Personal Representative of the Estate of Melissa Buchanan

    Plaintiff - Appellant

v.

STATE FARM LIFE INSURANCE COMPANY

    Defendant - Appellee