UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5578**

Case Title: **Gettys Millwood, et al** vs. **State Farm Life Insurance Company**

List all clients you represent in this appeal:

**John Baker McClanahan, Personal Representative of the Estate of Melissa Buchanan on behalf of themselves and all others similarly situated**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nathaniel C. Giddings**   Signature: s/ **Nathaniel C. Giddings**

Firm Name: **Hausfeld LLP**

Business Address: **888 16th Street, NW  Suite 300**

City/State/Zip: **Washington, DC  20006**

Telephone Number (Area Code): **(202) 540-7200**

Email Address: **ngiddings@hausfeld.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---