# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-5578__     Case Manager: __Jennifer A. Strobel__

Case Name: __Gettys Millwood, et al v. State Farm Life Insurance Company__

Is this case a cross appeal?   ☐ Yes   ☑ No

Has this case or a related one been before this court previously?   ☐ Yes   ☑ No

If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against State Farm Life Insurance Company, and specific issues being raised are: did the court err in (1) granting State Farm Life Insurance Company's Motion for Summary Judgment (ECF No. 299), redacted version (ECF No. 310), and/or in (2) denying Plaintiff's motion for reconsideration (ECF No. 314).**

This is to certify that a copy of this statement was served on opposing counsel of record this __22__ day of __June__, __2023__.

__Nathaniel C. Giddings__
Name of Counsel for Appellant