OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
### 331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| CATHERINE C. GEYER | **100 EAST FIFTH STREET** | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | **CINCINNATI, OHIO 45202-3988** | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-Mediation@ca6.uscourts.gov | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

June 29, 2023

Katelyn Rush Ashton
Kyle Robert Cummins
Cari K. Dawson
Nathaniel C. Giddings
Larry D. Lahman
David M. Wilkerson

Re: *Gettys Millwood, et al v. State Farm Life Insurance Company,* CA No. 23-5578

## <u>NOTICE OF TELEPHONE CONFERENCE</u>
## <u>WITH COUNSEL ONLY</u>

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that a telephone conference has been scheduled for **<u>August 1, 2023</u>**, at **3:00 PM** EASTERN TIME with **John Minter** and Counsel ONLY. **The Mediator will call you and all other participants. You do not need to call in to our office.**.

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:     John A. Minter