OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 331 POTTER STEWART U.S. COURTHOUSE | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

August 1, 2023

Katelyn Rush Ashton
Kyle Robert Cummins
Cari K. Dawson
Nathaniel C. Giddings
Larry D. Lahman

      Re:  *Gettys Millwood, et al v. State Farm Life Insurance Company,* CA No. 23-5578

Dear Counsel:

      Pursuant to Rule 33 of the local Rules of the Sixth Circuit, **briefing in this matter is hereby held in abeyance**, all other deadlines remain in effect. Counsel for the Appellant is directed to submit a written **Status Report**, with the first one due **December 1, 2023**.

      Please submit the Status Report **directly to the Mediation Office** to John_Minter@ca6.uscourts.gov. (If you do not have email access, you can fax the report to **513-564-7349**.) The Mediation Office will acknowledge receipt of the report on the docket and notify counsel of the next due date. **Please do NOT file the Status Report with the Clerk of Court**.

      Failure of the Appellant to submit timely Status Reports pursuant to the above schedule may jeopardize the abeyance and result in the case being returned to the active docket for resolution by the Court.

                                                                               Sincerely,

                                                                                 John Minter

lmr

cc:      Jennifer Strobel, Case Manager